|  | Fill in this information to identify the case: |
| --- | --- |
| Debtor 1 | Cleveland Hartfield Smith |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of MI (State) |
| Case number | 17-44452-mlo |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Village House Condominium Association

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
| --- | --- | --- |
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | April 2017 | (3) $ 462.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Cleveland Hartfield Smith**  Case number (*if known*) 17-44452-mlo
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ John L. Finkelmann    Date 04/12/2017
Signature

Print: John L. Finkelmann    Title Attorney
First Name   Middle Name   Last Name

Company: Makower Abbate Guerra Wegner Vollmer PLLC

Address: 23201 Jefferson Ave.
Number   Street
St. Clair Shores, MI 48080
City   State   ZIP Code

Contact phone (586) 773 – 1800    Email jfinkelmann@maglawpllc.com

# Makower Abbate Guerra Wegner Vollmer PLLC
## Settlement Statement Report

Village House Condominium Association                           4/12/2017 12:00:00 AM

22725 Greater Mack Avenue

Saint Clair Shores, MI 48080

Village house Condominium v Cleveland Smith                     File #: 37978

| Date | Description | Lawyer | Hours | Amount |
|---|---|---|---|---|
| 6-Apr-17 | Review notice of hearing on Cleveland Smith eviction hearing; Draft email to Jill Cubba regarding same | JLF | 0.10 | 24.00 |
| 10-Apr-17 | Telephone conferences with attorney Richard Clark regarding Cleveland Smith Bankruptcy filing; Draft email to Board regarding same after reviewing Chapter 13 Bankruptcy; review email regarding Board's response; Draft dismissal of pending Eviction action | JLF | 0.60 | 144.00 |
| 12-Apr-17 | Reviewed Chapter 13 notice, docket and plan; Drafted appearance; Drafted proof of claim and letter to Association re same | JLF | 1.20 | 288.00 |
|  | **Total Fees** |  | **1.90** | **456.00** |

**EXPENSES:**

| Date | Description | Amount |
|---|---|---|
| 4/12/2017 | PACER document fee | 6.00 |
|  | **Total Expenses** | **6.00** |
|  | **Total Fees & Expenses & Interests & Tax** | **462.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Cleveland Hartfield Smith

           Case No. 17-44452-mlo
           Chapter 13 Case
           Hon. Judge Maria L. Oxholm

        Debtor.
_____
LAW OFFICE OF RICHARD H. CLARK PLLC
RICHARD CLARK       P69849
Debtor(s)
30833 Northwestern Hwy.
Suite 224
Farmington Hills, MI 48334
248-626-3723
_____/
MAKOWER ABBATE GUERRA WEGNER VOLLMER PLLC
JOHN L. FINKELMANN      P66054
Attorney for Village House Condominium Association
23201 Jefferson
St. Clair Shores, Michigan 48080
(248) 254-7600
_____/

## CERTIFICATE OF SERVICE

  I hereby certify that on April 12, 2017, I electronically filed **Village House Condominium Association's Notice of Postpetition Mortgage Fees, Expenses and Charges** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Richard Clark | Tammy L. Terry, Trustee |
| Attorney for Debtor(s) | mieb_ecfadmin@det13.net |
| richclark@clarkclarklaw.com | |

           /s/ John L. Finkelmann_____
           John L. Finkelmann (P66054)
           Attorney for Village House Condominium
           Association
           23201 Jefferson
           St. Clair Shores, MI 48080
           (586) 773-1800

Dated: April 12, 2017